UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE COREAS-CHAVEZ (A-Number: 206-630-620),<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | No. 1:26-cv-06540-KES-EGC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING WITHOUT PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS<br><br>Docs. 1, 8 |

Petitioner Josue Coreas-Chavez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2026, the assigned magistrate judge issued findings and recommendations that recommended that the petition for writ of habeas corpus be dismissed without prejudice. Doc. 8 at 7. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. *Id.* No timely objections were filed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 8, are ADOPTED.
2. The petition for writ of habeas corpus, Doc. 1, is DISMISSED without prejudice.
3. The Clerk of Court is directed to enter judgment, terminate any pending motions as moot, and close the case.

IT IS SO ORDERED.

Dated: October 26, 2026

UNITED STATES DISTRICT JUDGE